[No. 25049–3–I. Division One. January 22, 1991.]

JOHN ZEVENBERGEN, *Respondent,* v. THE CITY OF SEATTLE, ET AL, *Defendants,* TIM MUIR, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 89–2–04862–1, James D. McCutcheon, Jr., J., entered October 4, 1989. *Reversed* by unpublished opinion per Webster, J., concurred in by Grosse, C.J., and Forrest, J.

[No. 24748–4–I. Division One. January 22, 1991.]

*In the Matter of the Estate of* THELMA CLARE TEAGUE.

VELMA FERRIN, ET AL, *Respondents,* v. VINCENT TOMASO, *as Executor,* ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 87–4–04042–6, Jim Bates, J., entered August 11, 1989. *Affirmed* by unpublished opinion per Deierlein, J. Pro Tem., concurred in by Grosse, C.J., and Forrest, J.

[No. 26154–1–I. Division One. January 22, 1991.]

ROBERT THOMS, *Appellant,* v. LAURIE THOMS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–18455–4, Terrence A. Carroll, J., entered August 24, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, C.J., and Forrest, J.